NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000525
06-DEC-2018
10:20 AM

NO. CAAP-17-0000525

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BRIAN BARBATA and WENDY BARBATA, Petitioners-Appellants,
v. MID PAC PETROLEUM, LLC, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. NO. 17-1-0089 KKH)

ORDER APPROVING THE JULY 3, 2018
STIPULATION FOR DISMISSAL WITH PREJUDICE
(By: Leonard, Presiding Judge, Reifurth and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal With Prejudice Pursuant to Rule 42(b) of the Hawaiʻi Rules of Appellate Procedure (**Stipulation for Dismissal**) filed on July 3, 2018, by Petitioners-Appellants, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation for Dismissal is approved and Appeal No. CAAP-17-0000525 is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawaiʻi, December 6, 2018.

Presiding Judge

Associate Judge

Associate Judge